

# Fourth Court of Appeals
## San Antonio, Texas

November 21, 2014

No. 04-14-00766-CV

**IN RE** Helisse M. **FRIESTMAN**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Catherine Stone, Chief Justice
                 Marialyn Barnard, Justice
                 Patricia O. Alvarez, Justice

On November 20, 2014, real party in interest Brian Friestman filed an unopposed motion for extension of time to file a response to the petition for writ of mandamus in this cause. The motion is GRANTED. A response on behalf of the real party in interest is due by December 5, 2014.

It is so **ORDERED** on November 21, 2014.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2014-CI-05746, styled *In the Matter of the Marriage of Brian E. Friestman and Helisse M. Friestman and In the Interest of A.G.F., A.F.F., and E.H.F., Children*, pending in the 37th Judicial District Court, Bexar County, Texas, the Honorable Antonia Arteaga presiding.